# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1586
Lower Tribunal No. 1996-CF-8870

_____

MICHAEL PERSAUD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Orange County.
Leticia Marques, Judge.

January 27, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WOZNIAK and KAMOUTSAS, JJ., concur.


Michael Persaud, Bushnell, pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED